| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Paula Denise Pratt<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–7138<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: Western District of Louisiana | | Date case filed for chapter: 13  7/13/23 | |
| Case number: 23–10690 | | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

10/20

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Paula Denise Pratt | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 121 Willard St.<br>Mansfield, LA 71052 | |
| 4. | **Debtor's attorney**<br>Name and address | L. Laban Levy<br>Simon, Fitzgerald, Cooke, et al<br>4700 Line Ave., Ste. 200<br>Shreveport, LA 71106 | Contact phone (318) 868–2600<br><br>Email: laban@SimonFitzgerald.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Todd Johns (Ch 13 Trustee)<br>Chapter 13 Trustee<br>POB 1770<br>Shreveport, LA 71166 | Contact phone (318) 673–8244<br><br>Email: ecf@shrevech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Fannin St., Suite 2201<br>Shreveport, LA 71101 | Hours open:<br>Office Hours Monday – Friday 8:00AM – 4:00 PM, Electronic Filing Access 24/7<br><br>Contact phone (318) 676–4267<br><br>Date: 7/18/23 |

**For more information, see page 2**

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 21, 2023 at 9:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification required *** | Location:<br>Teleconference: 866-704-2837, Passcode: 7266963# |
|---|---|---|
| 8. Deadlines<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline:** 60 days following the first date set for the meeting of creditors as set forth in Bankruptcy Rule 4004 and 4007, unless extended by court order. |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline:** 9/21/23 |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** _____ |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | **Deadline to object to confirmation of a plan:** | **Filing deadline:** 14 days before the date set for the hearing on confirmation. |
| 9. Filing of plan | The debtor has filed a plan. The hearing on confirmation will be held on:<br>**September 27, 2023** at **01:30 PM**, Location: **Courtroom Four, 4th Floor, 300 Fannin St., Shreveport, LA 71101** | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

In re:  
Paula Denise Pratt  
    Debtor

Case No. 23-10690-JSH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0536-5     User: admin     Page 1 of 3  
Date Rcvd: Jul 18, 2023     Form ID: 309I     Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paula Denise Pratt, 121 Willard St., Mansfield, LA 71052-2833 |
| 8546135 | + | 1st Franklin Financial, J. Brian Gray, Agent, 208 Centre Sarcelle Blvd., Suite 105, Youngsville, LA 70592-6715 |
| 8546140 | + | DeSoto Parish Sheriff, 205 Franklin Street, Mansfield, LA 71052-2044 |
| 8546144 | + | Kia Motors America, Inc. AFPOS, Agent for Process of Service, C T Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816-4378 |
| 8546145 | + | Managan L. Johnson, Associate Attorney, 11 Broadway, Suite 960, New York, NY 10004-3110 |
| 8546147 | + | Mariner Finance, LLC - AFSOP, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, LA 70802-5921 |
| 8546149 | + | Oakdale ESS, LLC, 130 Hospital Dr., Oakdale, LA 71463-3035 |
| 8546150 | | Oakdale ESS, LLC, POB 222030, Dallas, TX 75222-2030 |
| 8546153 | + | Republic Finance, LLC AFSOP, c/o CT Corporation System, 3867 Plaza Tower Drive, Baton Rouge, LA 70816-4378 |
| 8546156 | + | SFC Centeral BK Department, P.O. Box 1893, Spartanburg, SC 29304-1893 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: laban@SimonFitzgerald.com | Jul 18 2023 19:21:00 | L. Laban Levy, Simon, Fitzgerald, Cooke, et al, 4700 Line Ave., Ste. 200, Shreveport, LA 71106 |
| tr | | Email/Text: ecf@shrevech13.com | Jul 18 2023 19:21:00 | Todd Johns (Ch 13 Trustee), Chapter 13 Trustee, POB 1770, Shreveport, LA 71166 |
| smg | + | EDI: LADOR | Jul 18 2023 23:22:00 | Louisiana Department of Revenue and Taxation, Attn: Bankruptcy Division, P.O. Box 66658, Baton Rouge, LA 70896-6658 |
| smg | + | Email/Text: bankruptcy_bpc@lwc.la.gov | Jul 18 2023 19:21:00 | State of Louisiana, Department of Labor, Delinquent Accounts Unit,UI Tech Support, 1001 North 23rd Street, Room 322, Baton Rouge, LA 70802-3338 |
| ust | + | Email/Text: ustpregion05.sh.ecf@usdoj.gov | Jul 18 2023 19:21:00 | Office of U. S. Trustee, 300 Fannin St., Suite 3196, Shreveport, LA 71101-3122 |
| 8546136 | + | Email/Text: bankruptcy@1ffc.com | Jul 18 2023 19:22:00 | 1st Franklin Financial, 719 Keyser Avenue, Natchitoches, LA 71457-6044 |
| 8546134 | + | Email/Text: bankruptcy@1ffc.com | Jul 18 2023 19:22:00 | 1st Franklin Financial, P.O. Box 2323, Natchitoches, LA 71457-2323 |
| 8546138 | ^ | MEBN | Jul 18 2023 19:21:30 | Cac Financial Corp, 2601 NW Expwy, Oklahoma City, OK 73112-7236 |
| 8546139 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 18 2023 19:21:00 | Credit Acceptance Corp, PO Box 513, Southfield, MI 48037-0513 |
| 8547382 | + | Email/Text: ebnnotifications@creditacceptance.com | Jul 18 2023 19:21:00 | Credit Acceptance Corp, 25505 West Twelve Mile |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Road, Suite 3000, Southfield, MI 48034-8331 |
| 8546141 | | Email/Text: bankruptcy@glsllc.com | Jul 18 2023 19:21:00 | Global Lending Services, 1200 Brookfield Blvd., Suite 300, Greenville, SC 29603 |
| 8546132 | | EDI: IRS.COM | Jul 18 2023 23:22:00 | Insolvency Unit, Internal Revenue Service, 1555 Poydras St., Suite 220, Stop 31, New Orleans, LA 70112 |
| 8546142 | + | Email/Text: johivansmith@gmail.com | Jul 18 2023 19:21:00 | Ivan Smith Furniture, 5434 Technology Drive, Shreveport, LA 71129-2682 |
| 8546143 | ^ | MEBN | Jul 18 2023 19:21:41 | Kia Finance America, 4000 MacArthur Blvd., Newport Beach, CA 92660-2558 |
| 8546146 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2023 19:21:00 | Mariner Finance, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 8546148 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 18 2023 19:21:00 | NationStar/Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 8546131 | + | Email/Text: julie.n.taylor@irscounsel.treas.gov | Jul 18 2023 19:22:00 | Office of District Counsel, Internal Revenue Service, POB 30509, New Orleans, LA 70190-0509 |
| 8546151 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2023 19:21:00 | Pioneer Credit Company, 8211 Town Center Dr., Nottingham, MD 21236-5904 |
| 8546152 | | Email/Text: bankruptcy@republicfinance.com | Jul 18 2023 19:22:00 | Republic Finance, LLC, 855 Pierremont Rd., Ste. 106, Shreveport, LA 71106 |
| 8546154 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Jul 18 2023 19:21:00 | Security Finance, 830 Polk St., Mansfield, LA 71052-2414 |
| 8546155 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Jul 18 2023 19:21:00 | Security Finance, 2800 West 70th St., Ste. D, Shreveport, LA 71108-4500 |
| 8546133 | | Email/Text: usalaw.bk@usdoj.gov | Jul 18 2023 19:21:00 | United States Attorney, Western District of Louisiana, 300 Fannin Street, Suite 3201, Shreveport, LA 71101 |
| 8546157 | + | EDI: VERIZONCOMB.COM | Jul 18 2023 23:22:00 | Verizon Wireless, P.O. Box 650051, Dallas, TX 75265-0051 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 8546130 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 8546137 | ##+ | 1st Franklin Financial -AFSOP, J. Brian Gray, 151 S. Park Rd., Ste. 401, Lafayette, LA 70508-2900 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2023　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| L. Laban Levy | on behalf of Debtor Paula Denise Pratt laban@SimonFitzgerald.com kjones@simonfitzgerald.com;Laban@ecf.courtdrive.com |
| Office of U. S. Trustee | USTPRegion05.SH.ECF@usdoj.gov |
| Todd Johns (Ch 13 Trustee) | ecf@shrevech13.com |

TOTAL: 3